**Otto LIND and The Procter & Gamble Company, Appellants, v. Conway P. COE, Commissioner of Patents.**

Nos. 8519, 8520.

United States Court of Appeals

District of Columbia.

Argued June 5, 1944.

Decided June 19, 1944.

Mr. Nelson Littell, of New York City, with whom Messrs. Robert C. Watson and Albert C. Johnston, both of Washington, D. C., were on the brief, for appellants.

Mr. E. L. Reynolds, of Washington, D. C., with whom Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., was on the brief, for appellee.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

Affirmed on the authority of Abbott v. Coe,[1] Potts v. Coe,[2] and Radtke Patents Corporation v. Coe.[3]

---

[1] 71 App.D.C. 195, 109 F.2d 449.
[2] 78 U.S.App.D.C. 297, 140 F.2d 470, 472, 473.
[3] 74 App.D.C. 251, 268, 122 F.2d 937, 954.